```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    KATIE HERNANDEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG-13-083 DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO VACATE |
| v. ) | TRIAL AND TO SET A CHANGE OF PLEA |
| ) | |
| KATIE HERNANDEZ, ) | |
| ) | Date: June 4, 2013 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Dale A. Drozd |
| _____ ) | |

The United States Attorney through his respective counsel, NICHOLAS M. FOGG, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for KATIE HERNANDEZ, hereby stipulate to vacate the bench trial scheduled for May 22, 2013 at 9:00a.m..

Accordingly, the parties jointly request that a change of plea be scheduled for June 4, 2013 at 10:00 a.m. before Magistrate Judge Dale A. Drozd.

///

///

///

Dated: May 15, 2013                    Respectfully submitted,


                                       HEATHER E. WILLIAMS
                                       Federal Defender


                                       /s/ Linda C. Harter
                                       LINDA C. HARTER
                                       Chief Assistant Federal Defender
                                       Attorney for KATIE HERNANDEZ

Dated: May 15, 2013                    BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Nicholas M. Fogg
                                       NICHOLAS M. FOGG
                                       Special Assistant U.S. Attorney


                              O R D E R

**IT IS SO ORDERED.**

DATED: May 15, 2013.


                                       _____
                                       DALE A. DROZD
dad1.crim                              UNITED STATES MAGISTRATE JUDGE
hernandez0083.stipord.setCOP